

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Direct Dial: (215) 861-8464*
*Facsimile: (215) 861- 8618*
*E-mail Address: robert.j.livermore@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

March 10, 2020

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    United States v. Trung Lu
              Criminal No. 19-390

Dear Clerk:

Please unimpound the Indictment in regard to the above-captioned case. The Indictment was filed on July 10, 2019.

                          Very truly yours,

                          WILLIAM M. McSWAIN
                          United States Attorney

                          ROBERT J. LIVERMORE
                          Assistant United States Attorney